UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN JOSEPH LAKOBE WOLF,

Defendant.

CASE NO. 2:24-cr-00017-JNW

**ORDER DENYING RELEASE PENDING EVIDENTIARY HEARING ON BOND REVOCATION**

In 2024, Defendant was charged with Sexual Abuse of a Minor. The Court released him on an appearance bond that required Defendant have no direct or indirect contact with the alleged victim. On July 9, 2026, the United States Probation and Pretrial Office alleged Defendant violated the conditions of release by having direct or indirect with the alleged victim. The Court issued a warrant for Defendant's arrest and Defendant appeared on August 4, 2026, at which time Defendant denied the allegation. At the parties' request, the Court set a hearing to address whether Defendant should be held or released pending an evidentiary hearing on the alleged violation. Defendant appeared twice in regards to detention and at his most recent hearing on August 13, 2026, he stipulated to detention on the condition he be granted leave to reopen. The Court thus finds Defendant shall be detained and that he has leave to reopen.

The Court accordingly **ORDERS**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 13th day of July, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge