UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRYAN JOSEPH LAKOBE WOLF,<br>Defendant. | CASE NO. 2:24-cr-00017-JNW<br>**ORDER REVOKING ORDER OF RELEASE AND APPEARANCE BOND AND DETAINING DEFENDANT** |

Defendant admitted he violated his appearance bond by having contact with the alleged victim in this case. He proposed that he be released to temporarily live on a remote island that has no ferry service. The Court declines to adopt his proposal. First, by living on a remote island, Defendant will not be subject to any form of supervision. If anything, his admission to contact with the alleged victim calls for more intensive supervision not less. By living on a remote island, Defendant will also be unable to engage in counseling or work which are important to maintain his stability given his many admitted challenges. Defendant is given leave to reopen detention if he can present a more suitable release plan.

The Court accordingly **ORDERS**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge